**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISON**

| | |
|---|---|
| **KEI CHIBAZAKURA,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HALO BRANDED SOLUTIONS, INC.,**<br><br>Defendant. | Case No. 3:24-cv-50147<br><br>**JURY TRIAL DEMANDED**<br><br>**CLASS ACTION** |

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff Kei Chibazakura, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant Halo Branded Solutions, Inc. ("Defendant") have agreed to a class-wide settlement in the instant case following arms-length negotiations, subject only to the preparation of a definitive, written settlement agreement. The Parties anticipate filing settlement documents to this Court within 45 days, and requests that the Court stay the matter in its entirety.

Dated: September 12, 2024

Respectfully submitted,

By: /s/ Andrew J. Shamis

Andrew J. Shamis
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Phone: 305-479-2299
*ashamis@shamisgentile.com*

*Attorneys for Plaintiff & the Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 12, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Andrew J. Shamis*
Andrew J. Shamis